**2004–2138. State v. Reyes.**
Wood App. No. WD–02–069, 2004-Ohio-2217. On motion for leave to file delayed appeal. Motion denied.

**2005–0085. State ex rel. Mackey v. Blackwell.**
Cuyahoga App. No. 85597, 2004-Ohio-7004. On motion for admission pro hac vice of Elliot M. Mincberg by Jill S. Davis. Motion granted.

**2005–0123. State ex rel. Schuette v. Liberty Twp. Bd. of Trustees.**
In Mandamus. On relator's motion for leave to introduce deposition testimony of respondents from predecessor action, answer of respondents, and relator's motion to strike answer of respondents. Motion for leave to introduce deposition testimony is granted; alternative writ is granted; and motion to strike respondents' answer is denied as moot.

**2005–0161. Am. Financial Serv. Assn. v. Cleveland.**
Cuyahoga App. No. 83676, 2004-Ohio-6416. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issues stated in the court of appeals' Journal Entry filed January 11, 2005:

"Whether R.C. 1.63 is a general law for purposes of Ohio's Home Rule Amendment.

"Under a home rule analysis, whether local predatory lending ordinances that impose stricter requirements on lending transactions conflict with the state's predatory lending statutes."

Sua sponte, cause consolidated with 2005–0160, *Am. Financial Serv. Assn.*, Cuyahoga App. No. 83676, 2004-Ohio-6416.

The conflict case is *Dayton v. State*, 157 Ohio App.3d 736, 2004-Ohio-3141, 813 N.E.2d 707.

**2005–0245. Reading v. Pub. Util. Comm.**
Public Utilities Commission, No. 02–589–RR–UNC. On motion for stay of the October 13, 2004 opinion and order of the Public Utilities Commission of Ohio, as clarified and affirmed on December 8, 2004. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2005–0271. State v. Smith.**
Clark App. No. 2003 CA 93, 2004-Ohio-6062. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–0275. State v. Davis.**
Franklin App. No. 04AP–603. On motion for leave to file delayed appeal. Motion denied.

**2005–0307. State v. Nix.**
Hamilton App. No. C–030696, 2004-Ohio-5502. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2005–0310. State v. Suttles.**
Hamilton App. No. C–030908. On motion for leave to file delayed appeal. Motion granted.
RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

**2005–0313. State v. Dean.**
Delaware App. No. 03CA31, 2004-Ohio-1744. On motion for leave to file delayed appeal. Motion denied.

**2005–0337. State v. Mata.**
Allen App. No. 1–04–54, 2004-Ohio-6669. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–0344. State v. Downing.**
Summit App. No. 22012, 2004-Ohio-5952. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, O'CONNOR and O'DONNELL, JJ., dissent.